**SO ORDERED: July 18, 2019.**



**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

S000300 (rev 12/2017)

In re:

**Josiah Lee DeLong**,
**Nesha Lynn DeLong**,
　　　　Debtors.

Case No. **19–70110–AKM–13**

## ORDER CONTINUING HEARING

A Motion to Continue Hearing was filed on July 15, 2019, by Creditor Home Point Financial Corporation.

　　Re: Motion for Relief from Stay filed by Home Point Financial Corporation with Objection filed by Debtors

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED** and that a hearing will be held as follows:

　　Date:　September 11, 2019
　　Time:　10:45 AM CDT
　　Place:　Rm. 359 Federal Building
　　　　　　101 NW M.L. King Blvd.
　　　　　　Evansville, IN 47708

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Attorney for Creditor Home Point Financial Corporation must distribute this order.

###